IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Laureen Veronica Glaze-Washington, *on behalf of K.R.G., a minor*, | Civil Action No. 9:18-159-RMG |
| Plaintiff, | |
| v. | **ORDER AND OPINION** |
| Beaufort County School District, Jeffrey Moss, and Brenda Hunt, | |
| Defendants. | |

This matter is before the Court on the Report and Recommendation of the Magistrate Judge, recommending this action be summarily dismissed without prejudice. On January 19, 2018, Laureen Glaze-Washington filed the present action on behalf of her minor grandson. She alleges that on May 3, 2017, her grandson was denied appropriate special education services by a Beaufort middle school. (Dkt. No. 1 at 5.) She asserts federal claims under the Individuals with Disabilities Education Act (IDEA), 20 U.S.C. § 1400, *et seq.*

Ms. Glaze-Washington is not an attorney. The IDEA permits parents to appear *pro se* to prosecute their own interests in their children's education. The statute defines parent to include, in addition to natural parents, adoptive or foster parents, legal guardians, or a resident caretaker acting *in loco parentis*. 20 U.S.C. § 1401(23). Ms. Glaze-Washington has not asserted that she is a parent of her grandson under any definition allowed by the statute. Moreover, her complaint asserts that her own address is in Charlotte, North Carolina while her grandson attends middle school in Beaufort, South Carolina. (Dkt. No. 1 at 2.)

March 15, 2018, this Court issued a proper form order, informing Ms. Glaze-Washington that she may not represent her grandson *pro se* and therefore must obtain counsel within thirty

days to prosecute this action. (Dkt. No. 11.) Ms. Glaze-Washington did not respond to the proper form order. On April 30, 2018, the Magistrate Judge recommended dismissal without prejudice for failure to comply with the Court's order to obtain counsel. Ms. Glaze-Washington did not respond to the Report and Recommendation. (Dkt. No. 16.) The Court therefore **ADOPTS** the Report and Recommendation as the Order of the Court and **DISMISSES WITHOUT PREJUDICE** the complaint.

**AND IT IS SO ORDERED.**

Richard Mark Gergel
United States District Court Judge

May 2?, 2018
Charleston, South Carolina